# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ANTHONY DEBARBIERIS,** | § | CIVIL ACTION |
| | § | |
| **VERSUS** | § | |
| | § | NO. 19-15-JWD-EWD |
| **SUN COAST RESOURCES, INC.** | § | |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE HONORABLE COURT, pursuant to the Federal Rules of Civil Procedure, the Petitioner, Anthony Debarbieris ("Petitioner" or "Debarbieris"), by and through his undersigned counsel, Daniel | Williams & Associates, PLLC, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendant.

Date:   January 17, 2019

        Respectfully Submitted,

        DANIEL | WILLIAMS & ASSOCIATES, PLLC

By:   */s/Helen M. Daniel*
      Helen M. Daniel # 31689
      h.daniel@danielwilliamslaw.com
      601 Sawyer Street, Suite 200
      Houston, Texas 77007
      Telephone: (713) 229-9997
      Facsimile: (281) 501-6777